UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SANDERS LAMONT ADAMS aka
LAMONT ADAMS, 93-A-7902,

        Plaintiff,

    -v-                             **DECISION and ORDER**
                                          02-CV-466S(Sr)

DONALD SELSKY, THOMAS G. EAGAN,
JOHN DOE, DOCS INSPECTOR GENERAL,
M.P., MCGINNIS, SOUTHPORT DISCIPLINARY
REVIEW COMMITTEE, WILLIAM CIANCIO,
J. WILSON, and P. JAYNE,

        Defendants.

---

      Presently before the Court is plaintiff's motion seeking to have the Court reconsider and vacate the orders entered against him in this action. (Docket No. 22). The Court dismissed this action by order filed October 25, 2002, following plaintiff's failure to comply with a previous order directing him to pay the applicable filing fee. (Docket Nos. 3 and 10). Thereafter, petitioner's appeal was dismissed by the United States Court of Appeals for the Second Circuit, with the Court finding that inasmuch as plaintiff had demonstrated "an uncontrollable propensity repeatedly to pursue vexatious and harassing litigation," he would be put on notice that the "future filing of frivolous petitions, appeals, motions or other papers might result in sanctions." (Docket No. 21 [Mandate]) (quoting *In re Martin-Trigona* 9 F.3d 226, 228 (2d Cir. 1993).

      The instant motion is yet another example of the plaintiff's "uncontrollable propensity" to harass this Court. The action was dismissed by the Court nearly three years

ago, and plaintiff's appeal was dismissed by the Second Circuit thereafter. Plaintiff's motion fails to provide any relevant information that would lead this Court to reconsider its October 25, 2002 Order. There is, in fact, nothing to reconsider and accordingly, plaintiff's motion is denied.

    SO ORDERED.

Dated:    September 21, 2005
              Buffalo, New York

              /s/William M. Skretny
              WILLIAM M. SKRETNY
              United States District Judge